April 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

THERESA SPARKS, Appellant

NO. 14-13-00183-CV            V.

DOW CORNING CORPORATION, CHILI ROBINSON MD, JAMES R. CULLINGTON MD, FRANCIS BURTON MD, SIMON FREDERICKS MD, TOLBERT WILKINSON MD, 21 INTERNATIONAL HOLDINGS FKA KNOLL INTERNATIONAL, MILTON ROWLEY MD, PRESTON J. CHANDLER MD, JAMES PETERSON MD, BAXTER HEALTHCARE CORPORATION, GENERAL ELECTRIC COMPANY, AND DOW CHEMICAL COMPANY, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on January 29, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Theresa Sparks.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.